AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 8 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Shana Lee McCart-Pollak

)
)
)
)
)

*Plaintiff(s)*

v.

ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual;

*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No. 2:20-cv-01624-GMN-VCF

## SUMMONS IN A CIVIL ACTION

(AMENDED SUMMONS)

To: *(Defendant's name and address)*

On Demand Direct Response, LLC
14958 Ventura Boulevard, Suite 104
Sherman Oaks, California 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 10/8/20

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Nevada



Shana Lee McCart-Pollak

*Plaintiff(s)*

v.

ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual;

*Defendant(s)*

Civil Action No. 2:20-cv-01624-GMN-VCF

### SUMMONS IN A CIVIL ACTION
(AMENDED SUMMONS)

To: *(Defendant's name and address)*

On Demand Direct Response III, LLC
14958 Ventura Boulevard, Suite 104
Sherman Oaks, California 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/8/20

*CLERK OF COURT*
RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT -8 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Shana Lee McCart-Pollak
)
)
)
)
*Plaintiff(s)*
)
v.
)   Civil Action No. 2:20-cv-01624-GMN-VCF
)
ON DEMAND DIRECT RESPONSE LLC, Delaware
company, ON DEMAND DIRECT RESPONSE III
LLC, Delaware company; BRETT SAEVITZON,
individual; CRAIG SHANDLER, individual; JEFFREY
MILLER, individual; MARK MEYERS, individual;
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

(AMENDED SUMMONS)

To: *(Defendant's name and address)*

Brett Saevitzon
4244 Woodcliff Road
Sherman Oaks, California 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 10/8/20

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada



Shana Lee McCart-Pollak

*Plaintiff(s)*

v.

ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual;

*Defendant(s)*

Civil Action No. 2:20-cv-01624-GMN-VCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   (AMENDED SUMMONS)

Craig Shandler
5686 Round Meadow Road
Hidden Hills, California 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 10/8/20

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____ RECEIVED
ENTERED _____ SERVED ON
_____ COUNSEL/PARTIES OF RECORD

OCT - 8 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Shana Lee McCart-Pollak
)
)
)
)
*Plaintiff(s)*
)
v.
)  Civil Action No. 2:20-cv-01624-GMN-VCF
ON DEMAND DIRECT RESPONSE LLC, Delaware
)
company, ON DEMAND DIRECT RESPONSE III
)
LLC, Delaware company; BRETT SAEVITZON,
)
individual; CRAIG SHANDLER, individual; JEFFREY
)
MILLER, individual; MARK MEYERS, individual;
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

(AMENDED SUMMONS)

To: *(Defendant's name and address)*

Jeffrey Miller
1304 East Dexter Street
Covina, California 91724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/8/20

CLERK OF COURT
RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada



Shana Lee McCart-Pollak

*Plaintiff(s)*

v.

ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual;

*Defendant(s)*

Civil Action No. 2:20-cv-01624-GMN-VCF

## SUMMONS IN A CIVIL ACTION

(AMENDED SUMMONS)

To: *(Defendant's name and address)*

Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/8/20

CLERK OF COURT

RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*