```
                                    ___ FILED          ___ RECEIVED
                                    ___ ENTERED        ___ SERVED ON
                                            COUNSEL/PARTIES OF RECORD

                                         DEC - 4 2020

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT (MEYERS') MOTION TO DISMISS (DKT 8)** |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT**

**(MEYERS') MOTION TO DISMISS (DKT 8)**

Comes now, Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak"), in proper person, with a stipulation to extend time for her to respond to Meyers' Motion to Dismiss.

Mark Meyers has agreed to allow Ms. McCart-Pollak a fifteen (15) day extension (until December 22, 2020) to file her response to his Motion to Dismiss. (Due to Ms. McCart-Pollak having surgery, Governor's orders, Covid and the Holidays).

Therefore, Plaintiff and Defendant respectfully request that this Court allow the 15 day extension.

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT (MEYERS') MOTION TO DISMISS (DKT 8) - 1

1 | Dated this 3rd day of December 2020

*[signature: Shana Lee McCart-Pollak]*
SIGNATURE
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this 2nd day of December 2020

*[signature: Mark Meyers]*
SIGNATURE
Mark Meyers
1037 Barrow Court
Westlake Village, California 91361
Defendant/ *Pro Se*

**IT IS SO ORDERED.**

Dated this __4__ day of December, 2020.

*[signature]*
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT (MEYERS') MOTION TO DISMISS (DKT 8) - 2

# CERTIFICATE OF SERVICE

Case Name: McCart-Pollak v. On Demand Direct Response LLC et al

District Court Case No: 02:20-cv-01624-GMN-VCF

I, **Shana Lee McCart-Pollak,** declare as follows. I am over the age of 18 years:

My address is:    524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263

On **December 4, 2020**, I served the foregoing document described as:

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT (MEYERS') MOTION TO DISMISS (DKT 8)**

By placing a true and correct copy thereof in a sealed envelope with postage, and deposited said envelope in the United States mail in **Henderson, Nevada,** addressed to:

On Demand Direct Response LLC
4244 Woodcliff Road
Sherman Oaks, California 91403

On Demand Direct Response III LLC
4244 Woodcliff Road
Sherman Oaks, California 91403

Brett Saevitzon
4244 Woodcliff Road
Sherman Oaks, California 91403

Craig Shandler
5686 Round Meadow Road
Hidden Hills, California 91302

Jeffrey Miller
1304 East Dexter Street
Covina, California 91724

Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

//
PLEADING TITLE - 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 4, 2020_ at _Henderson, NV_
             (date)                        (place of signing)

_Shara Lee M. Cart-Pollak_
Signature

_Shara Lee M. Cart-Pollak_
Name

PLEADING TITLE - 2