DORENFELDLAW, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE, LLC, Delaware company; ON DEMAND DIRECT RESPONSE III LLC, Delaware Company; BRETT SAEVITZON, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITIES I-X;<br><br>Defendants. | Case No.: 2:20-cv-01624-GMN-VCF<br><br>**ORDER ON MOTION TO APPEAR BY TELEPHONE OR VIDEO CONFERENCE FOR MAY 17, 2021 HEARINGS**<br><br>Hearing Date: May 17, 2021<br>Time: 2:00 pm |

Upon consideration of Defendants BRETT SAEVITZON, and CRAIG SHANDLER to have their attorney of record, David K. Dorenfeld, appear telephonically or by video conference for the hearings in this matter scheduled for May 17, 2021, and good cause appearing, IT IS HEREBY ORDERED THAT, that Motion to Appear by Telephone is GRANTED and that Mr. Dorenfeld may appear by telephone or video conference.

-1-

**IT IS FURTHER ORDERED that:**

Mr. Dorenfeld must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference by noon, May 16, 2021.

Dated: 05/11/2021

_____
United States Magistrate Judge

-2-

*McCart-Pollak v On Demand Direct Response LLC et al..*, U S D C , Nev, Case No. 2.20.cv 01624-GMN-V CF
[PROPOSED] Order on Motion to Appear by Telephone or Video Conference at May 17, 2021 Hearings