Clyde DeWitt (Bar No. 9791)
**Law Offices of Clyde DeWitt, A Nevada Professional Corporation**
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Telephone: (702) 386-1756
Fax: (702) 441-0308
Email: ClydeDeWitt@earthlink.net

David K. Dorenfeld (Cal. Bar No. 145056; *Pro Hac Vice*)
**DORENFELDLAW, INC.**
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Telephone: (818) 865-4000
Fax: (818) 865-4010
Email: david@dorenfeldlaw.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE, LLC, Delaware company; ON DEMAND DIRECT RESPONSE III LLC, Delaware Company; BRETT SAEVITZON, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITIES I-X;<br><br>Defendants. | Case No.: 2:20-cv-01624-GMN-VCF<br><br>**DEFENDANT CRAIG SHANDLER'S SUBSTITUTION OF ATTORNEY – LOCAL COUNSEL ONLY** |

## SUBSTITUTION OF ATTORNEY

Defendant CRAIG SHANDLER ("Defendant") hereby substitutes G. Mark Albright, Albright, Stoddard, Warnick & Albright, 801 S. Rancho Drive, Suite D-4, Las Vegas, Nevada 89106; Tel: (702) 384-7111 as local counsel of record in place of

-1-

Clyde DeWitt. David K. Dorenfeld will remain Co-Counsel of Record for Defendant.

DATED: 06.13.21

_____
CRAIG SHANDLER

I consent to the above substitution.

DATED: 06-13-2021

_____
CLYDE DEWITT

I am duly admitted to practice in this District.

I have been retained in this matter and the above substitution is accepted.

DATED: 06-14-2021

_____
G. MARK ALBRIGHT

**APPROVED:**

DATED: 6-24-2021

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

-2-

# CERTIFICATE OF SERVICE

Case Name: *Shana Lee McCart-Pollak v. On Demand Direct Response LLC, et al.*
District Court Case No.: 02:20-cv-01624-GMN-VCF

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 30101 Agoura Court, Suite 210, Agoura Hills, California 91301.

    On **June 24, 2021**, I served the foregoing documents described as **DEFENDANT CRAIG SHANDLER'S SUBSTITUTION OF ATTORNEY – LOCAL COUNSEL ONLY** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **[By Mail]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Agoura Hills California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **[By Federal Express]** – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Federal Express. Under that practice it would be deposited in the Federal Express pick-up box on that same day with charges thereon fully prepaid at a drop box location in Agoura Hills, California, in the ordinary course of business.

[X] **[By Electronic Service]** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent at the electronic notification addresses above.

[ ] **[By Personal Service]** I caused such envelope(s) to be hand-delivered to the offices of the addressee(s), during normal business hours.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

    Executed **June 24, 2021**, at Agoura Hills, California.

*/s/ Robert Hester*
Robert Hester

# SERVICE LIST

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052
Telephone: (702) 439-2263
E-mail: lotsoflovebuddies@yahoo.com
*VIA E-MAIL AND U.S. MAIL*

Clyde DeWitt
LAW OFFICES OF CLYDE DEWITT, APC
P.O. Box 26185
Las Vegas, NV 89126-0185
Telephone: (702) 386-1756
Fax: (702) 441-0308
E-mail: ClydeDeWitt@EarthLink.net
*VIA E-MAIL ONLY*

G. Mark Albright
Daniel R. Ormsby
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
Telephone: (702) 763-7352
Fax: (702) 384-0605
E-mail: gma@albrightstoddard.com; dormsby@albrightstoddard.com; emessing@albrightstoddard.com
*VIA E-MAIL ONLY*

Mark Meyers
1037 Barrow Court
Westlake Village, CA 91361
*VIA U.S. MAIL ONLY*