# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| SHANA LEE MCCART-POLLAK, | |
|---|---|
| Plaintiff, | |
| vs. | 2:20-cv-01624-GMN-VCF |
| ON DEMAND DIRECT RESPONSE LLC, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Shana Lee McCart-Pollak's Motion Requesting Leave to Amend (ECF No. 78).

No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it seems as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Shana Lee McCart-Pollak's Motion Requesting Leave to Amend (ECF No. 78) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file her Amended Complaint on or before July 20, 2021.

DATED this 6th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE