# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHANA LEE MCCART-POLLAK,

    Plaintiff,

vs.

ONDEMAND DIRECT RESPONSE LLC, DELAWARE COMPANY; ON DEMAND DIRECT RESPONSE III LLC, DELAWARE COMPANY; BRETT SAEVITZON, INDIVIDUAL; CRAIG SHANDLER, INDVIDUAL; JEFFREY MILLER, INDIVIDUAL; MARK MEYERS, INDIVIDUAL; DOES 1-X; RPES BUSINESS ENTITITES –X,

    Defendant.

2:20-cv-01624-GMN-VCF

**ORDER**

    Before the Court is the Request for Sanctions the Amount of $3,2800.00 Against Plaintiff Shana Lee McCart-Pollak Pursuant to LR IA 11-8 (ECF Nos. 97, 99).

    Accordingly,

    IT IS HEREBY ORDERED that the Request for Sanctions the Amount of $3,2800.00 Against Plaintiff Shana Lee McCart-Pollak Pursuant to LR IA 11-8 (ECF Nos. 97, 99) is added to the hearing scheduled for 11:00 AM, August 24, 2021.

    DATED this 30th day of July, 2021.

                                                         CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE