Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
             COUNSEL/PARTIES OF RECORD

       AUG - 4 2021

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (DKT 97) AND FOR SANCTIONS (DKT 99)**<br><br>**(FIRST REQUEST)** |

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (Dkt 97) AND FOR SANCTIONS (DKT 99)**

Comes now, Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak"), in proper person, with a stipulation to extend time for her to respond to Defendant(s) Motion to Strike and for Sanctions filed on July 28, 2021. This is the first stipulation to extend time regarding this subject deadline.  Ms. McCart-Pollak requested the seven (7) day extension due to having a previous family engagement and will be out of town from August 5, 2021 – August 10, 2021.)

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (DKT 97) AND FOR SANCTIONS (DKT 99)(FIRST REQUEST) - 1

1. Brett Saevitzon and Craig Shandler through their Counsel, David Dorenfeld, have agreed to allow Ms. McCart-Pollak a seven (7) day extension to file her response to their Motion to Strike and for Sanctions.

Therefore, Plaintiff and Defendant(s) respectfully request that this Court allow the the seven (7) day extension, up to and including **August 18, 2021**, for Ms. McCart-Pollak to file her Response.

IT IS ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED : 8-6-2021

Dated this 3rd day of August, 2021

_____
SIGNATURE
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this ___ day of August, 2021
8/3/2021 | 9:28 AM PDT

DocuSigned by:
David Dorenfeld
5202E8902A9C4E9...

SIGNATURE
David Dorenfeld
(Cal Bar No. 145056 Pro Hac Vice)
30101 Agoura Court, Suite 210
Agoura Hills, CA 91301
Tel: (818) 865-4000
Email: david@dorenfeldlaw.com

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (DKT 97) AND FOR SANCTIONS (DKT 99)(FIRST REQUEST) - 2

# CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263

On August 4, 2021, I served the foregoing document described as:

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (DKT 97) AND FOR SANCTIONS (DKT 99)**
**(FIRST REQUEST)**

I hereby certify that on the 4th day of August 2021, a true and complete copy of the foregoing was served on counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

I declare under penalty of perjury that the foregoing is true and correct.

*Shana Lee M. Cart-Pollak*
Shana Lee McCart-Pollak

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT(S) MOTION TO STRIKE (DKT 97) AND FOR SANCTIONS (DKT 99)(FIRST REQUEST) - 1