Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 1 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>STIPULATION<br>AND [PROPOSED] ORDER<br>TO EXTEND DISCOVERY CUT-OFF DATES |

Pursuant to Court Order (Dkt 116), comes now, Plaintiff Shana Lee McCart-Pollak ("Pollak") in proper person; Mark Meyers, in proper person; Brett Saevitzon and Craig Shandler through their respective Counsel, David Dorenfeld. stipulate to the following proposed extension of Discovery Deadlines.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On August 24, 2021, the Honorable Magistrate Judge Ferenbach ordered the Parties to conduct a "good faith" verbal Meet and Confer regarding the Extension of Deadlines for Discovery, and to file a new stipulated proposed Extension of Discovery Deadlines. On September 17, 2021, Pollak and Dorenfeld held a telephonic meet and confer to address multiple issues, and agreed to the following dates, herein, in order to

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 1

allow the Parties the opportunity to conduct full discovery. Meyers was unable to attend due to his wife having a baby, but has reviewed the proposed dates and agreed via email communications.

**LEGAL STANDARD AND STATEMENTS**

Every motion or stipulation to extend or reopen discovery shall include:

1) **A Statement specifying the discovery completed;**

   a) ***Pollak-*** Pollak served Request for Admissions on Mark Meyers, however, the court stayed discovery against Meyers until the Court rules on his Motion to Dismiss. Pollak has served Request for Production and Interrogatories on Saevitzon, Shandler, On Demand Direct Response, LLC, On Demand Direct Response III, LLC and Jeffrey Miller.

   b) ***Meyers-*** Meyers served Request for Production of Documents on Pollak.

   c) ***Saevitzon-*** Has not served discovery on any Parties.

   d) ***Shandler-*** Has not served discovery on any Parties.

2) **A specific description of the discovery that remains to be completed**

Pollak plans on pursuing full discovery (Request for Admissions, Request for Production of Documents, Interrogatories, as well as Depositions) on all parties.

3) **The reason why the discovery remaining was not completed within the time limits set by the discovery order.**

The Discovery Schedule order was entered into the Court on January 25, 2021. At the time of the entry of the Discovery Schedule, there was a pending motion to dismiss, by Meyers. The Court granted a protective order to stay Discovery on Meyers until the court rules on the Motion to Dismiss. There is still a Motion to Dismiss pending in the Court.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 2

At the time of the entry of the Discovery Schedule Shandler had not yet been successfully served with the complaint. Shandler filed his answer to the complaint on April 1, 2021.

At the time of the entry of the Discovery Schedule there was a motion pending to set aside Saevitzon's Default Judgment. The Court set aside that default on May 17, 2021 and ordered Saevitzon to answer the complaint which he filed May 26, 2021. (122 days after the entry of the scheduling order).

**4) A proposed schedule for completing all remaining discovery**

The Parties agreed to extend discovery, starting with the Amending of the Pleadings by 120 days from the date of the meet and confer (September 17, 2021) and then each subsequent date resulting from the Discovery Deadline.

### CURRENT DEADLINE AND STIPULATED PROPOSED DEADLINE

**Amended Pleadings:** June 11, 2021 to **January 17, 2022**, (which is 91 days before the proposed Discovery cut-off date, due to the weekend)

**Discovery Deadline:** September 3, 2021 to **April 18, 2022**

**Initial Expert Disclosures:** July 12, 2021 to **February 17, 2022**, (which is 60 days before the stipulated proposed Discovery cut-off date)

**Rebuttal Expert Disclosures:** August 11, 2021 to **March 18, 2022** (which is 30 days before the stipulated proposed Discovery cut-off date)

**Dispositive Motions:** October 4, 2021 to **May 18, 2022** (which is 30 days after the stipulated proposed Discovery cut-off date)

**Proposed Pretrial Order:** November 3, 2021 **June 17, 2022** (which is 30 days after the stipulated proposed Dispositive Motions cut-off date)

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 3

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

### 5) The Current trial date

The extension of the discovery deadlines will have no bearing on trial, as no trial date has been set.

## Conclusion

In general, the Court may extend a deadline "if a request is made[] before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Pollak's Motion requesting to extend the deadlines was filed before the original time or its extensions expired for all of the proposed stipulated dates, herein. Therefore, all Parties (Pollak, Meyers, Saevitzon and Shandler) have agreed and respectfully requests that the court enter these new stipulated proposed Discovery Dates into the court.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 4

1 | Dated this 21st day of September, 2021

*[Signature: Shana Lee McCart-Pollak]*
SIGNATURE
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this 9/20/2021 day of September, 2021

DocuSigned by:
*[Signature: Mark Meyers]*
165350F027644CE...
SIGNATURE
Mark Meyers
1037 Barrow Court
Westlake Village, CA 91361
Tel: (805) 338-0289
Email: mark@kobeproducts.com
*Pro Se*

Dated this 9/20/2021 day of September, 2021

DocuSigned by:
*[Signature: David Dorenfeld]*
5202E8902A9C4E9...
SIGNATURE
David K Dorenfeld
(Cal. Bar No. 145056; Pro Hac Vici)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (828) 865-4000
Email: david@dorenfeldlaw.com

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: 9-27-2021

*[Signature]*
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 5

## CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263

On September 21, 2021, I served the foregoing document(s) described as:

### STIPULATION AND [PROPOSED] ORDER
### TO EXTEND DISCOVERY CUT-OFF DATES

I hereby certify that on the 21st day of September 2021, a true and complete copy of the foregoing was served on all counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301


Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

I declare under penalty of perjury that the foregoing is true and correct.


*Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES - 1