Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130)** |

### JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130)

Comes now, Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak"), in proper person, with a joint stipulation to extend time for her to respond to Defendant(s) Motion in Opposition to Pollak's Motion requesting Leave to Amend. This is the first stipulation to extend time regarding this subject deadline. Ms. McCart-Pollak requested the fourteen (14) day extension due to receiving Defendants motion in the mail on Monday and her daughter on Wednesday being sent home from school sick with test results dictating that she must quarantine for ten (10) days (Until November 7, 2021). This extension would

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130) - 1

1 allow Pollak to be able to focus on and take care of her daughter and family during this
2 time.
3     Brett Saevitzon and Craig Shandler through their Counsel, David Dorenfeld, have
4 
5 agreed to allow Ms. McCart-Pollak a fourteen (14) day extension to file her response to
6 their Motion in Opposition of her Request for Leave to Amend.
7     Therefore, Plaintiff and Defendant(s) respectfully request that this Court allow the
8 fourteen (14) day extension, up to and including **November 12, 2021** (since November
9 11, 2021 is a Federal Holiday), for Ms. McCart-Pollak to file her Reply.

IT IS ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-4-2021

//
//
//
//
//
//
//
//
//
//
//
//

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130) - 2

Dated this 29th day of October, 2021

*Shana Lee M. Cart-Pollak*
SIGNATURE
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this ____ day of October, 2021
10/29/2021 | 11:42 AM PDT

DocuSigned by:
*David Dorenfeld*
5202E8902A9C4E9...

SIGNATURE
David Dorenfeld
(Cal Bar No. 145056 Pro Hac Vice)
30101 Agoura Court, Suite 210
Agoura Hills, CA 91301
Tel: (818) 865-4000
Email: david@dorenfeldlaw.com

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130) - 3

# CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263

On October 29, 2021, I served the foregoing document(s) described as:

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO OPPOSITION OF DEFENDANTS CRAIG SHANDLER AND BRETT SAEVITZON TO PLAINTIFF SHANA LEE MCCART-POLLAK'S MOTION REQUESTING LEAVE TO AMEND (DKT 129/130)**

I hereby certify that on the 29th day of October 2021, a true and complete copy of the foregoing was served on all counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

I declare under penalty of perjury that the foregoing is true and correct.

*Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak