```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

        FEB 1 7 2022

  CLERK US DISTRICT COURT
   DISTRICT OF NEVADA

BY: _____ DEPUTY
```

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK, | Case No: **2:20-cv-01624-GMN-VCF** |
| Plaintiff, | |
| vs. | **JOINT STUPULATION TO EXTEND DISCOVERY DEADLINES** |
| ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X; | |
| Defendants | |

Comes now, Plaintiff Shana Lee McCart-Pollak ("Pollak") in proper person, Defendant Mark Meyers ("Meyer") in proper person, and Defendants Brett Saevitzon ("Saevitzon") and Craig Shandler ("Shandler"), by and through their undersigned counsel, respectfully moves the Court to extend the Discovery Deadlines by at least sixty ("60") days.

### MEMORANDUM OF POINTS AND AUTHORITIES

Good cause is shown as pending in the court are a Motion to Compel, Protective Order(s), as well as, Motion(s) to Dismiss.

Discovery still needed to completed. If the Court grants Pollak's Motion to Compel, and a "private and Confidential" Protective Order, then once documents have been

JOINT STUPULATION TO EXTEND DISCOVERY DEADLINES - 1

provided by Defendants, Pollak intends to depose Saevitzon and Shandler, as well as, have an expert opine on whether the Corporate shield has been pierced by analyzing the documents to determine if the companies were properly formed, adequately capitalized, all entities functioned arm lengths away from each other, etc. If the Court grants Defendants Motions to Dismiss then discovery would cease.  Therefore, it would not harm Defendants who have stipulated to at least a sixty day extension, but would prejudice Pollak to not  have the deadlines extended to allow full discovery.

Currently the following Deadlines exist:

Expert Disclosures **February 17, 2022**

Rebuttal Expert Disclosures **March 18, 2022**

Discovery Cut-off **April 18, 2022**

Dispositive Motion **May 18, 2022**

Pretrial Order Due  **June 17, 2022**


WHEREFORE, the parties, hereby jointly stipulate and respectfully move this Court to enter an Order extending the deadlines to at least a sixty (60) day extension. Proposing new discovery deadlines as:

Expert Disclosures extended to, at the very least, **April 18, 2022**

Rebuttal Expert Disclosures to, at the very least,  **May 17, 2022**

Discovery Cut-off to, at the very least, **June 17, 2022**

Dispositive Motion to, at the very least, **July 18, 2022**

Pretrial Order Due to, at the very least, **August 16, 2022**

JOINT STUPULATION TO EXTEND DISCOVERY DEADLINES - 2

Dated this 16th day of February, 2022

_Shana Lee McCart-Pollak_
Signature
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this 15th day of February, 2022

_Mark Meyers_

Mark Meyers
1037 Barrow Court
Westlake Village, CA 91361
Tel: (805) 338-0289
Email: mark@kobeproducts.com
*Pro Se*

Dated this 15th day of February, 2022

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____2-22-22_____

David K. Dorenfeld
(Cal. Bar No. 145056 Pro Hac Vici)
30101 Agoura Court, Suite 210
Agoura Hills, CA 91301
Tel: (818) 865-4000
Email: david@dorenfeld law.com

JOINT STUPULATION TO EXTEND DISCOVERY DEADLINES - 3

**CERTIFICATE OF SERVICE**

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 524 Blanche Court
                Henderson, Nevada 89052
                (702) 439-2263

On February 17, 2022, I served the foregoing document(s) described as:

**Joint Stipulation To Extend Discovery Deadlines**

I hereby certify that on the _17th_ day of February, 2022, a true and complete copy of the foregoing was served on all counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301


Mark Meyers
1037 Barrow Court
Westlake Village, California 91361

I declare under penalty of perjury that the foregoing is true and correct.


_Shana Lee McCart-Pollak_
Shana Lee McCart-Pollak

PLEADING TITLE - 1