Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>    Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>    Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>~~PROPOSED~~ STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER |

Pursuant to Court Order (Dkt 175), comes now, Plaintiff Shana Lee McCart-Pollak ("Pollak") in proper person; Brett Saevitzon and Craig Shandler through their respective Counsel, David Dorenfeld. stipulate to the following proposed Discovery Plan and Scheduling Order

**MEMORANDUM OF POINTS AND AUTHORITIES**

On January 19, 2023 the Honorable Magistrate Judge Ferenbach ordered the the Parties had until Wednesday. February 8, 2023, to file a joint discovery plan and scheduling order. On Friday, February 3, 2023, Pollak and Dorenfeld held a zoom meet and confer and agreed to the following dates, herein, in order to allow the Parties the opportunity to conduct full discovery.

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 1

## LEGAL STANDARD AND STATEMENTS

Every motion or stipulation to extend or reopen discovery shall include:

### 1) A Statement specifying the discovery completed;

No Discovery has been completed.

   a) *Saevitzon-* Has not served discovery on Pollak.

   b) *Shandler-* Has not served discovery on Pollak.

   c) *Pollak-* Pollak served Request for Production and Interrogatories on Saevitzon, Shandler, On Demand Direct Response, LLC, On Demand Direct Response III, LLC and Jeffrey Miller which are not complete.

### 2) A specific description of the discovery that remains to be completed

Pollak plans on pursuing (Request for Admissions, Request for Production of Documents, Interrogatories, as well as Depositions) on all parties.

### 3) The reason why the discovery remaining was not completed within the time limits set by the discovery order.

The Court stayed discovery pending the decision on Defendants' Motion to Dismiss. The Court Denied Defendants' Motion to Dismiss on October 6, 2023 (Order Dkt 163). On January 19, 2023 (Order Dkt 175) the Court lifted the stay of discovery and ordered that the parties file a joint discovery plan and scheduling order

### 4) A proposed schedule for completing all remaining discovery

The Parties used a prior template (of dates and timeframes) of a Discovery schedule that was previously entered in this Case; and therefore, propose the following dates:

//

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 2

**STIPULATED PROPOSED DISCOVERY PLAN AND SCHEDULING DEADLINES**

**Amended Pleadings:** Friday, **June 23, 2023,** (which is 91 days before the proposed Discovery cut-off date, due to the weekend)

**Discovery Deadline:** Friday, **September 22, 2023**

**Initial Expert Disclosures:** Monday, **July 24, 2023,** (which is 60 days before the stipulated proposed Discovery cut-off date)

**Rebuttal Expert Disclosures:** Wednesday, **August 23, 2023** (which is 30 days before the stipulated proposed Discovery cut-off date)

**Dispositive Motions:** Monday, **October 23, 2023**, (which is 31 days after the stipulated proposed Discovery cut-off date)

**Proposed Pretrial Order:** Wednesay, **November 22, 2023**, (which is 30 days after the stipulated proposed Dispositive Motions cut-off date)

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

5) **The Current trial date**

The extension of the discovery deadlines will have no bearing on trial, as no trial date has been set.

## Conclusion

The Parties respectfully requests that the Court accepts this jointly stipulated proposed Discovery Plan and Scheduling Order.

//

//

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 3

1  Dated this 3rd day of February, 2023

/s/ Shana Lee McCart-Pollack
SIGNATURE
Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this 3 day of February, 2023

SIGNATURE
David K Dorenfeld
(Cal. Bar No. 145056; Pro Hac Vici)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (828) 865-4000
Email: david@dorenfeldlaw.com

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: 2-6-2023

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is directed to strike ECF No. 180, which sets the same dates.

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 4

## CERTIFICATE OF SERVICE

Case Name: *Shana Lee McCart-Pollak v. On Demand Direct Response LLC, et al.*
District Court Case No.: 02:20-cv-01624-GMN-VCF

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 30101 Agoura Court, Suite 210, Agoura Hills, California 91301.

     On **February 3, 2023**, I served the foregoing documents described as **PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **[By Mail]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Agoura Hills California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **[By Federal Express]** – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Federal Express. Under that practice it would be deposited in the Federal Express pick-up box on that same day with charges thereon fully prepaid at a drop box location in Agoura Hills, California, in the ordinary course of business.

[X] **[By Electronic Service]** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent at the electronic notification addresses above.

[ ] **[By Personal Service]** I caused such envelope(s) to be hand-delivered to the offices of the addressee(s), during normal business hours.

     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

     Executed **February 3, 2023**, at Agoura Hills, California.

*Rebecca Santiago*
Rebecca Santiago

## SERVICE LIST

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, NV 89052
Telephone: (702) 439-2263
E-mail: lotsoflovebuddies@yahoo.com
*VIA E-MAIL AND U.S. MAIL*

G. Mark Albright
Daniel R. Ormsby
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
Telephone: (702) 763-7352
Fax: (702) 384-0605
E-mail: gma@albrightstoddard.com; dormsby@albrightstoddard.com; emessing@albrightstoddard.com
*VIA E-MAIL ONLY*

Mark Meyers
1037 Barrow Court
Westlake Village, CA 91361
*VIA U.S. MAIL ONLY*