# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHANA LEE MCCART-POLLAK,

    Plaintiff(s),

v.

ON DEMAND DIRECT RESPONSE LLC, et al.,

    Defendant(s).

2:20-cv-01624-GMN-VCF

**ORDER**

Before the Court are the following

1. Plaintiff's motion to compel (ECF No. 195),

2. Motion for judicial notice (ECF No. 196),

3. Motion for protective order (ECF No. 197),

4. Motion in opposition to defendants' motion to stay discovery (ECF No. 199),

5. Motion for extension of time (ECF No. 202), and,

6. Motion for leave to amend to file a fifth amended complaint (ECF No. 206).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the above referenced motions, is scheduled for 2:00 PM, May 30, 2023, in Courtroom 3D.

DATED this 18th day of May 2023.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE