**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHANA LEE MCCART-POLLAK,

    Plaintiff,

v.

ON DEMAND DIRECT RESPONSE, LLC, Delaware company; ON DEMAND DIRECT RESPONSE III LLC, Delaware Company; BRETT SAEVITZON, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITIES I-X,

    Defendant.

2:20-cv-01624-RFB-VCF

**ORDER**

    Before the Court is the motion to appear by telephone or video conference for May 30, 2023, (ECF NO. 209).

    Accordingly,

    IT IS HEREBY ORDERED that the motion to appear by telephone or video conference for May 30, 2023, (ECF NO. 209), is GRANTED.

    IT IS FURTHER ORDERED that counsel must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, May 26, 2023.

    IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

•     Log on to the call ten (10) minutes prior to the hearing time.

- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 23rd day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE