Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-VCF<br><br>~~PROPOSED~~ STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER |

Pursuant to Court Order (Dkt 212), comes now, Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak") in proper person; Brett Saevitzon and Craig Shandler through their respective Counsel, David Dorenfeld. stipulate to the following proposed Discovery Plan and Scheduling Order

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 30, 2023 the Honorable Magistrate Judge Ferenbach ordered that the Parties had 30 days from the Defendants response to the Fifth Amended Complaint to file a Joint Discovery Plan and Scheduling Order. On Tuesday, August 8, 2023, Ms. McCart-Pollak and Mr. Dorenfeld held a zoom "meet and confer" and agreed to the

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 1

following dates, herein, in order to allow the Parties the opportunity to conduct full discovery.

## LEGAL STANDARD AND STATEMENTS

Every motion or stipulation to extend or reopen discovery shall include:

1) **A Statement specifying the discovery completed;**

   No Discovery has been completed.

   a) ***Saevitzon-*** Has not served discovery on Ms. McCart-Pollak.

   b) ***Shandler-*** Has not served discovery on Ms. McCart-Pollak.

   c) ***Ms. McCart-Pollak-*** Ms. McCart-Pollak served Request for Production and Interrogatories on Saevitzon and Shandler, which are outstanding.

2) **A specific description of the discovery that remains to be completed**

Ms. McCart-Pollak plans on pursuing (Request for Admissions, Request for Production of Documents, Interrogatories, as well as Depositions) on all parties.

3) **The reason why the discovery remaining was not completed within the time limits set by the discovery order.**

The Honorable Magistrate Judge Ferenbach, on May 30, 2023, put a stay of discovery, as well as, an order for the parties to meet and confer and to file a Discovery Plan and Scheduling Order to be filed within 30 days of the Defendants response to Plaintiff's Fifth Amended Complaint.

4) **A proposed schedule for completing all remaining discovery**

The Parties used a prior template (of dates and timeframes) of a Discovery schedule that was previously entered in this Case; and therefore, propose the following dates:

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 2

**STIPULATED PROPOSED DISCOVERY PLAN AND SCHEDULING DEADLINES**

**Amended Pleadings:** Tuesday, **January 2, 2024,** (which is 90 days before the proposed Discovery cut-off date, due to the weekend)

**Discovery Deadline:** Monday, **April 1, 2024**

**Initial Expert Disclosures:** Thursday, **February 1, 2024,** (which is 60 days before the stipulated proposed Discovery cut-off date)

**Rebuttal Expert Disclosures:** Friday, **March 1, 2024** (which is 31 days before the stipulated proposed Discovery cut-off date)

**Dispositive Motions:** Wednesday, **May 1, 2024**, (which is 30 days after the stipulated proposed Discovery cut-off date)

**Proposed Pretrial Order:** Friday, **May 31, 2024**, (which is 30 days after the stipulated proposed Dispositive Motions cut-off date)

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

5) **The Current trial date**

The extension of the discovery deadlines will have no bearing on trial, as no trial date has been set.

**Conclusion**

The Parties respectfully requests that the Court accepts this jointly stipulated proposed Discovery Plan and Scheduling Order.

//

//

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 3

Dated this 11th day of August, 2023

SIGNATURE
Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

Dated this 11 day of August, 2023

SIGNATURE
David K Dorenfeld
(Cal. Bar No. 145056; Pro Hac Vici)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (828) 865-4000
Email: david@dorenfeldlaw.com

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: 8-14-2023

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 4

**CERTIFICATE OF SERVICE**

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263

On August 11, 2023, I served the foregoing document(s) described as:

**PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER**

I hereby certify that on the _11th_ day of August 2023, a true and complete copy of the foregoing was served on all counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

I declare under penalty of perjury that the foregoing is true and correct.

*Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak

PROPOSED STIPULATION DISCOVERY PLAN AND SCHEDULING ORDER - 1