**G. MARK ALBRIGHT, ESQ.**
Nevada State Bar No. 001394
**DANIEL R. ORMSBY, ESQ.**
Nevada State Bar No. 014595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Fax: (702) 384-0605
E-Mail: gma@albrightstoddard.com

**DAVID K. DORENFELD** (Cal. Bar No. 145056; *Pro Hac Vice*)
**DORENFELDLAW, INC.**
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Telephone: (818) 865-4000
Fax: (818) 865-4010
E-Mail: david@dorenfeldlaw.com
*Attorneys for Defendants, Brett Saevitzon and Craig Shandler*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware Company; BRETT SAEVITZON, individually; CRAIG SHANDLER, individually; JEFFREY MILLER, individually; MARK MEYERS, individually; DOES I-X; ROE BUSINESS ENTITIES I-X;<br><br>Defendants | Case No.: 2:20-cv-01624-GMN-VCF<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DUE DATE OF THE JOINT PROPOSED PRETRIAL ORDER [ECF No. 291]** |

Plaintiff, Shana Lee McCart-Pollak (hereinafter "Plaintiff"), in proper person; Defendant Brett Saevitzon; Defendant Craig Shandler (hereinafter "Defendants"), by and through their counsel, David K. Dorenfeld, Esq., of Dorenfeldlaw, Inc.; and G. Mark Albright, Esq., of Albright, Stoddard, Warnick & Albright, hereby submit this Joint Stipulation and Order to Continue the due date of the JOINT PROPOSED PRETRIAL ORDER [ECF No. 291] pursuant to LR 16-3(b) using the form provided in LR 16-4, currently due on February 13, 2025, to a later date this Honorable Court may allow.

This stipulation and order is being executed due to an unforeseen medical illness that has caused Defendants Brett Saevitzon and Craig Shandler's attorney, Mr. Dorenfeld to suddenly and

unexpectedly be hospitalized and therefore additional response time is required. Further, Ms. Pollak has agreed to this stipulation regarding Mr. Dornfeld's unforeseen circumstances, she approves of any date that the court may set but she is not available between March 8, 2025 through March 21, 2025, as she will be with her daughter in Washington for her daughter's scheduled knee surgery and recovery.

The parties in this matter respectfully request this Honorable Court extend out the due date of the Joint Proposed Pretrial Order currently due on February 13, 2025, to a later date this Honorable Court may allow.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED this 10th day of February 2025

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

//s// G. Mark Albright
**G. MARK ALBRIGHT, ESQ.**
Nevada State Bar No. 001394
**DANIEL R. ORMSBY, ESQ.**
Nevada State Bar No. 014595
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Fax: (702) 384-0605
E-Mail: gma@albrightstoddard.com
**David K. Dorenfeld** (Cal. Bar No. 145056; *Pro Hac Vice*)
**DORENFELDLAW, INC.**
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Telephone: (818) 865-4000
Fax: (818) 865-4010
E-Mail: david@dorenfeldlaw.com
*Attorneys for Defendants, Brett Saevitzon and Craig Shandler*

DATED this 10th day of February 2025

**SHANA LEE MCCART-POLLAK**

//s// Shana Lee McCart-Pollak
**SHANA LEE MCCART-POLLAK**
1104 North Woodbridge Lane
Liberty, Missouri 64068
Telephone: (802) 439-2263
E-Mail: lotsoflovebuddies@yahoo.com
*Plaintiff in Proper Person*

IT IS SO ORDERED, the Parties shall have 30 days from the date of the Settlement Conference, should the Settlement Conference prove to be unsuccessful, to file a jointly proposed pretrial order pursuant to LR 16-3(b) using the form provided in LR 16-4

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: **February 10, 2025**

## Phyllis Cameron

| | |
|---|---|
| **From:** | Shana Pollak <lotsoflovebuddies@yahoo.com> |
| **Sent:** | Monday, February 10, 2025 12:29 PM |
| **To:** | Phyllis Cameron |
| **Subject:** | Re: Shana Lee McCart-Pollak v. Saevitzon / 2:20-cv-1624 / SAO to Continue Joint Proposed Pretrial Order |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Phyllis,

Thank you, you may file this one with the verbiage regarding
Shana Pollak

> On Feb 10, 2025, at 2:13 PM, Phyllis Cameron <pcameron@albrightstoddard.com> wrote:
>
> Hello Shana:
>
> Is the attached approved for your electronic signature or?
>
> Thanks!
>
> *Respectfully,*
>
> *Phyllis L. Cameron*
> Paralegal to
> G. Mark Albright, Esq.
>
> <image001.png>
>
> 801 South Rancho Drive, Suite D-4
> Las Vegas, Nevada  89106
> T:  (702) 384-7111
> pcameron@albrightstoddard.com
> *www.albrightstoddard.com*
>
>
> <2025-02-06 Saevitzon. SAO to move due date of Joint Proposed Pretrial Order from 2.13.2025 w. Pollak's approval.docx>

1