```
1  Shana Lee McCart-Pollak
   1104 North Woodridge Lane
2  Liberty, MO 64068
3  (702) 439-2263
   Email: lotsoflovebuddies@yahoo.com
```



X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

APRIL 17, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG                DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>    Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X;<br><br>    Defendants | Case No: 2:20-cv-01624-GMN-NJK<br><br>JOINT STIPULATION AND ORDER TO STAY AND/OR CONTINUE THE DUE DATE OF THE JOINT PROPOSED PRETRIAL ORDER [ECF No. 291, 296] |

Comes now, Plaintiff Shana Lee McCart-Pollak ("Pollak") in proper person; Defendant Brett Saevitzon ("Saevitzon"); Defendant Craig Shandler ("Shandler"), by and through their counsel, David K. Dorenfeld, Esq., of Dorenfeldlaw, inc., hereby submit this JOINT STIPULATION AND ORDER TO STAY AND/OR CONTINUE THE DUE DATE OF THE JOINT PROPOSED PRETRIAL ORDER [ECF. No. 291, 296] pursuant to LR 16-3(b) using form provided in LR 16-4, currently due April 28, 2025, to a later date this Honorable Court may allow.

This stipulation and order is being executed due to multiple Motions that are pending in the Court, which have a direct impact on the case. The Pending Motions are

1) Pollak has requested a "Show Cause" Hearing [Dkt 302]; 2) Pollak has requested A "Show Cause" Hearing and Dispositive Sanctions against Brett Saevitzon and Sanctions against His Counsel [Dkt 300 and 301]; and 3) Pollak has requested Dispositive Sanctions against Craig Shandler and Sanctions against His Counsel [Dkt 303].

## GOOD CAUSE

There is "Good Cause" for the Court to determine the pending motions, as it is consistent with Rule 1 that the rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action": The Court could potentially determine that **case dispositive sanctions** are warranted; which would **negate the need for a pretrial order**, since there would be **NO trial**.

At this juncture, for the Court to pause and to determine the pending Motions, **WOULD NOT PREJUDICE** any of the Parties, as a trial date has not been set. This would **save the Parties costs**, as well as, **the parties and the Court's time**. Further, this would allow the parties to focus their time on fully briefing the Motions (Response and Reply) for the Court.

The Parties respectfully requests that the Court stay and/or continue the date the pretrial order is due, while the parties brief and the Court considers the pending motions, the Parties wish to avoid the cost and time in preparing the pretrial report pending resolution of the issues.

This is the second request. The first request was due to a medical emergency. The parties in this matter respectfully request this Honorable Court to stay or extend out the due date of the Joint Proposed Pretrial Order currently due on April 28, 2025, to a later date this Honorable Court may allow.

Dated this 17th day of April, 2025

*[Signature]*
SIGNATURE
Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

*[Signature]*

David K. Dorenfeld (Cal Bar No. 145056; *Pro Hac Vici*)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (818) 865-4000
Fax: (818) 865-4010
Email: david@dorenfeldlaw.com
*Attorney for Defendants, Brett Saevitzon and Craig Shandler*

Accordingly, the Parties shall file a Joint Pretrial Order 90 days from the date of this Order.

**IT IS SO ORDERED.**

*[Signature]*

Gloria M. Navarro
United States District Judge

**DATED:** April _18_, 2025.

# CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263

On April 17, 2025, I served the foregoing document(s) described as:

**JOINT STIPULATION AND ORDER TO STAY AND/OR CONTINUE THE DUE DATE OF THE JOINT PROPOSED PRETRIAL ORDER [ECF NO. 291, 296]**

I hereby certify that on the 17th day of April 2025, a true and complete copy of the foregoing was served on counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak

JOINT STIPULATION AND ORDER TO STAY AND/OR CONTINUE THE DUE DATE OF THE JOINT PROPOSED PRETRIAL ORDER [ECF NO. 291, 296] - 1