# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANA LEE MCCART-POLLACK,

    Plaintiff,

v.

BRETT SAEVITZON, *et al.*,

    Defendants.

Case No.: 2:20-cv-01624-GMN-NJK

**Order**

Pending before the Court is a motion to withdraw as counsel for Defendant Brett Saevitzon filed by David K. Dorenfeld. Docket No. 316. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on July 7, 2025, in Courtroom 3C. Attorneys David K. Dorenfeld and G. Mark Albright must appear personally at the hearing.

Further, Attorney Dorenfeld requests that local counsel be granted leave to withdraw as well. Docket No. 316 at 3. If local counsel seeks to withdraw, they must file their own motion. *See* Local Rule IA 11-6(b). Any such motion must be filed by June 24, 2025.

Unless and until the Court grants this motion, counsel of record for Defendant Saevitzon remain his counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: June 17, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1