Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

FILED: JUNE 18, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG  DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITIES I-X;<br><br>Defendants | Case No: 2:20-cv-01624-GMN-NJK<br><br>JOINT STIPULATION PER FRCP 6(b) TO EXTEND THE TIME TO FILE A MOTION TO SUBSTITUTE PER FRCP 25(a)<br><br>FIRST REQUEST |

Comes now, Plaintiff Shana Lee McCart-Pollak ("Pollak") in proper person; Defendant Brett Saevitzon (Deceased) ("Saevitzon"); Defendant Craig Shandler ("Shandler"), by and through their counsel, David K. Dorenfeld, Esq., of Dorenfeldlaw, inc., hereby submit this JOINT STIPULATION AND ORDER TO EXTEND THE TIME (PER FRCP 6(b)) TO FILE A MOTION TO SUBSTITUTE (PER FRCP 25(a)), currently due on or around June 23, 2025, for an additional 90 days.

//

//

//

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Civ. P. 25 **Substitution of Parties**

(a) DEATH

(1) *Substitution if the Claim Is Not Extinguished.* If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 6 **Computing and Extending Time; Time for Motion Papers**

(b) EXTENDING TIME

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

## BACKGROUND

On March 26, 2025, Mr Dorenfeld filed a Declaration of David K. Dorenfeld Re: Death of Client [Brett Saevitzon] on the Court's record and served it on Pollak (See Dkt 297) triggering the 90 day

On April 1, 2025, Pollak sent Mr. Dorenfeld an email stating, "I am looking into substituting Defendant Saevitzon and replacing him with the representative for his estate. Will you be notifying his estate that you were representing him in this litigation?" in which Mr. Dorenfeld replied, "I am trying to get contact information in order to do so."

2

Pollak diligently sought this information from Mr. Dorenfeld through multiple emails over the next few months. Mr. Dorenfeld, entered a declaration on June 12, 2025 [Dkt 316] detailing his attempt efforts to locate an executor or successor for Saevitzon. Mr. Dorenfeld also requested a copy of the death certificate, but to date has not received a copy.

## GOOD CAUSE

There is "Good Cause" for the Court to extend the timeframe to file a Motion to Substitute per FRCP 25(a) as this: 1) would allow the Parties to continue their efforts to determine the executor, the successor, or if one cannot be located to request the Court appoint a special administrator; 2) would allow Pollak the time needed to perfect service; and 3) would allow the Court to properly substitute the correct person (executor, successor, or special administrator) to represent Saevitzon's interests, as well as, allow the case to be adjudicated on the merits.

The Rule is not intended to be a strict barrier to proceed with cases that may have merit. Indeed, "the history of Rule 25(a) and Rule 6(b) makes it clear that the 90-day time period was not intended to act as a bar to otherwise meritorious actions, and extensions of the period may liberally be granted, *Grapsas v N. Shore Farms Two, Ltd*, No 2:16-CV-775 (DRH) (ARl), 2018 WL 1136088, at *2. Therefore, it would prejudice Pollak for the Court not to allow an extension, due to the potential merits of her case.

This is the First Request. The parties in this matter respectfully request this Honorable Court to extend out the due date of the Motion to Substitute, due on or around June 23, 2025, for an additional 90 days.

//

Dated this 18th day of June, 2025

*signature*
SIGNATURE
Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
Pro Se

6/18/25

*signature*

David K. Dorenfeld (Cal Bar No. 145056)
Pro Hac Vici)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (818) 865-4000
Fax: (818) 865-4010
Email: david@dorenfeldlaw.com
Attorney for Defendants, Brett Saevitzon
and Craig Shandler

**IT IS SO ORDERED**, the Motion to Substitute Party must be filed by September 23, 2025. The Joint PreTrial Order is still due July 17, 2025.

IT IS SO ORDERED

*signature*
United States District Judge

DATED: June 23, 2025

4

## DECLARATION OF SHANA LEE MCCART-POLLAK

I, Shana Lee McCart-Pollak, do hereby declare as follows:

1. I am of legal age and competent to testify to the matters contained herein: Joint Stipulation per FRCP 6(b) to Extend the Time to File a Motion to Substitute per FRCP 25(a). I have personal knowledge of the facts contained in this declaration unless otherwise qualified or stated.

2. From the time I learned of Saevitzon's passing, I have been diligently seeking the pertinent information for me to file a Motion for Substitution per Rule 25(a).

3. On April 1, 2025, after learning of Saevitzon's death, I contacted Mr. Dorenfeld, Saevitzon's Counsel, making him aware of my intention of substituting Defendant Saevitzon and replacing him with the representative for his estate, and requesting the pertinent information.

4. On May 15, 2025, June 2, 2025, and June 9, 2025, I again reached out to Mr. Dorenfeld requesting the pertinent Information, in order to file a motion for substitution.

5. It would prejudice me for the court to not allow an extension of time due to the case heading to trial to be determined on the merits.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 13th day of June, 2025.

*Shana Lee McCart-Pollak*

Shana Lee McCart-Pollak

5

# CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 1104 North Woodridge Lane
                Liberty, MO 64068
                (702) 439-2263

On June 18, 2025, I served the foregoing document(s) described as:

**JOINT STIPULATION PER FRCP 6(B) TO EXTEND THE TIME TO FIL A MOTION TO SUBSTITUTE PER FRCP 25(A) FIRST REQUEST**

I hereby certify that on the 18th day of June 2025, a true and complete copy of the foregoing was served on counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

I declare under penalty of perjury that the foregoing is true and correct.

*Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak

JOINT STIPULATION PER FRCP 6(B) TO EXTEND THE TIME TO FIL A MOTION TO SUBSTITUTE PER FRCP 25(A) FIRST REQUEST - 1