# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANA LEE MCCART-POLLACK,

    Plaintiff,

v.

BRETT SAEVITZON, *et al.*,

    Defendants.

Case No.: 2:20-cv-01624-GMN-NJK[1]

**Order**

Pending before the Court is a motion to withdraw as counsel for Defendant Brett Saevitzon filed by David K. Dorenfeld. Docket No. 316. Also pending before the Court is a motion to withdraw as counsel for Defendant Saevitzon filed by G. Mark Albright. Docket No. 322. In light of Mr. Albright's impending surgery and recovery, Docket No. 322 at 4, the Court hereby **CONTINUES** the hearing to 10:00 a.m. on August 4, 2025.

Unless and until the Court grants this motion, counsel of record for Defendant Saevitzon remain his counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: June 25, 2025.

                        NANCY J. KOPPE
                        UNITED STATES MAGISTRATE JUDGE

---

[1] Both motions bear an incorrect case number. Docket Nos. 316, 322. Specifically, both motions use the initials of United States Magistrate Judge Cam Ferenbach, who retired in January 2024. On January 8, 2024, this case was reassigned to Magistrate Judge Maximiliano Couvillier, and the parties were ordered to use the case number 2:20-cv-01624-GMN-MDC. Docket No. 234. Judge Couvillier recused on March 29, 2025. Docket No. 298. This case was reassigned to the undersigned, and the parties were ordered to use the case number 2:20-cv-01624-GMN-NJK. Docket No. 299. The parties must use the correct case number, as ordered.