Docusign Envelope ID: 9C9A9F88-73D2-4671-BB56-95909822F58C

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHANA LEE MCCART-POLLAK,

    Plaintiff(s),

vs.

ON DEMAND DIRECT RESPONSE, LLC, et al.

    Defendant(s).

Case #2:20-cv-01624-GMN-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Mazyar H. Mazarei___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

DORENFELDLAW, INC.
(firm name)

with offices at ___30101 Agoura Court, Suite 210___,
(street address)

___Agoura Hills___, ___California___, ___91301___,
(city) (state) (zip code)

___(818) 865-4000___, ___maz@dorenfeldlaw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Craig Shandler___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: 9C9A9F88-73D2-4671-BB56-95909822F58C

3. That since ___11/26/2002___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___California___ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 11/26/2002 | 220849 |
| US District Court - Central Dist. California | 10/06/2003 | 220849 |
| US District Court - Eastern Dist. California | 09/15/2020 | 220849 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

Docusign Envelope ID: 9C9A9F88-73D2-4671-BB56-95909822F58C

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Los Angeles County Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

Docusign Envelope ID: 9C9A9F88-73D2-4671-BB56-95909822F58C

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Los Angeles___ )

___Mazyar H. Mazarei___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__15th__ day of __July__, __2025__.

_____
Notary Public or Clerk of Court

NICKOLETTA L. SOTERAS
Notary Public - California
Los Angeles County
Commission # 2416896
My Comm. Expires Sep 19, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___G. Mark Albright___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___801 S. Rancho Drive, Suite D-4___
(street address)

___Las Vegas___, ___Nevada___, ___89106___
(city)            (state)         (zip code)

___(702) 384-7111___, ___gma@albrightstoddard.com___
(area code + telephone number)    (Email address)

4

Rev. 5/16

Docusign Envelope ID: 9C9A9F88-73D2-4671-BB56-95909822F58C

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____G. Mark Albright_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*DocuSigned by:*
*Craig Shandler*
—52D100048306483
(party's signature)

Craig Shandler
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1394                    gma@albrightstoddard.com
Bar number              Email address

APPROVED:

Dated: this __23__ day of __July__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 7/15/2025

**LICENSEE NAME:** Mazyar Hassan Mazarei

**LICENSEE BAR NUMBER:** 220849

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/26/2002

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Mazyar Hassan Mazarei's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# CERTIFICATE OF SERVICE

Case Name: *Shana Lee McCart-Pollak v. On Demand Direct Response LLC, et al.*
District Court Case No.: 02:20-cv-01624-GMN-VCF

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 30101 Agoura Court, Suite 210, Agoura Hills, California 91301.

On **July 21, 2025**, I served the foregoing documents described as: **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **[By Mail]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Agoura Hills California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **[By Federal Express]** – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Federal Express. Under that practice it would be deposited in the Federal Express pick-up box on that same day with charges thereon fully prepaid at a drop box location in Agoura Hills, California, in the ordinary course of business.

[X] **[By Electronic Service]** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent at the electronic notification addresses above.

[ ] **[By Personal Service]** I caused such envelope(s) to be hand-delivered to the offices of the addressee(s), during normal business hours.

[X] **[State]** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed **July 21, 2025**, at Agoura Hills, California.

/s/ Mazyar H. Mazarei
Mazyar H. Mazarei

## SERVICE LIST

Shana Lee McCart-Pollak       *VIA E-MAIL AND U.S. MAIL*
1104 North Woodridge Lane
Liberty, Missouri 64068
Telephone: (702) 439-2263
E-mail: lotsoflovebuddies@yahoo.com


G. Mark Albright              *VIA E-MAIL ONLY*
Daniel R. Ormsby
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
Telephone: (702) 763-7352
Fax: (702) 384-0605
E-mail: dma@albrightstoddard.com
dormsby@albrightstoddard.com;
abrebbia@albrightstoddard.com
kfenton@albrightstoddard.com
mkarony@albrightstoddard.com
pcameron@albrightstoddard.com