Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

JULY 29, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG  DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK, <br><br> Plaintiff, <br><br> vs. <br><br> ON DEMAND DIRECT RESPONSE LLC, Delaware company, ON DEMAND DIRECT RESPONSE III LLC, Delaware company; BRETT SAEVITZON, individual; CRAIG SHANDLER, individual; JEFFREY MILLER, individual; MARK MEYERS, individual; DOES I-X; ROE BUSINESS ENTITTIES I-X; <br><br> Defendants | Case No: 2:20-cv-01624-GMN-NJK <br><br> **JOINT STIPULATION and ORDER TO EXTEND THE DUE DATE OF THE ORDER DIRECTING SUPPLEMENTAL BRIEFING [Dkt 333]** <br><br> **FIRST REQUEST** |

Comes now, Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak") in proper person; Defendant Brett Saevitzon (Deceased) ("Saevitzon"); Defendant Craig Shandler ("Shandler"), by and through their counsel, David K. Dorenfeld, Esq., of Dorenfeldlaw, inc., hereby submit this JOINT STIPULATION AND ORDER TO EXTEND THE DUE DATE OF THE ORDER DIRECTING SUPPLEMENTAL BRIEFING [Dkt 333], currently due August 21, 2025, to August 28, 2025

//

//

//

1

## Good Cause

This stipulation and order is bring executed due to Ms. McCart-Pollak and her family's planned and scheduled family vacation from August 13, 2025 thru August 23, 2025. This family vacation has been planned for months. The deadline falls during the family vacation. It would prejudice Ms. McCart-Pollak to have to get the Supplemental Briefing done and filed by August 12, 2025, which is 9 days before the scheduled deadline. Therefore, Ms. McCart-Pollak reached out to Dorenfeld, who agreed to stipulate for an extension of time, due to the circumstances.

Ms. McCart-Pollak and Dorenfeld, respectfully requests that the Court extend the due date by just one week. This will allow Ms. McCart-Pollak to spend time with her family (which only is able to get together as a whole family twice a year), will allow her the same amount of time to work on the Supplemental Briefing (as the vacation cuts in to her time to work on the Supplemental Briefing), and she would not have to cut her vacation short in order to meet the deadline.

<u>This is the First Request.</u> The parties in this matter respectfully request the Honorable Court to extend out the due date of the Supplemental Briefing currently due August 21, 2025, by one week to August 28, 2025.

//
//
//
//
//
//

Dated this 27 day of July, 2025

July 29, 2025

___Shana Lee M. Cart-Pollak___
SIGNATURE
Shana Lee McCart-Pollak
1104 North Woodridge Lane
Liberty, MO 64068
Tel: (702) 439-2263
Email: Lotsoflovebuddies@yahoo.com
*Pro Se*

___(signature)___

David K. Dorenfeld (Cal Bar No. 145056)
*Pro Hac Vici*)
DorenfeldLaw, Inc.
30101 Agoura Court, Suite 210
Agoura Hills, California 91301
Tel: (818) 865-4000
Fax: (818) 865-4010
Email: david@dorenfeldlaw.com
*Attorney for Defendants, Brett Saevitzon and Craig Shandler*

**IT IS SO ORDERED**

___(signature)___
United States District Judge

DATED: ___August 1, 2025___

3

## DECLARATION OF SHANA LEE MCCART-POLLAK

I, Shana Lee McCart-Pollak, do hereby declare as follows:

1. I am of legal age and competent to testify to the matters contained herein: Joint Stipulation and Order to Extend the Due Date of the Order Directing Supplemental Briefing [Dkt 333],

2. My family and I have had a family vacation from August 13, 2025 thru August 23, 2025 planned for months.

3. The deadline currently set is during the family vacation

4. It would prejudice me to have to get the Supplemental Briefing done and filed by August 12, 2025, which is 9 days before the scheduled deadline.

5. I respectfully request a one week extension, so that I can enjoy my pre-planned family vacation.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 29th day of July, 2025.

*Shana Lee McCart-Pollak*

Shana Lee McCart-Pollak

4

# CERTIFICATE OF SERVICE

I, Shana Lee McCart-Pollak, declares as follows, I am over the age of 18 years:

My address is: 1104 North Woodridge Lane
Liberty, MO 64068
(702) 439-2263

On July 29, 2025, I served the foregoing document(s) described as:

**JOINT STIPULATION AND ORDER TO EXTEND THE DUE DATE OF THE ORDER DIRECTING SUPPLEMENTAL BRIEFING [DKT 333] FIRST REQUEST**

I hereby certify that on the 29th day of July 2025, a true and complete copy of the foregoing was served on counsel of record by mail to the addresses indicated below:

Dorenfeld Law
30101 Agoura Court, Suite 210
Agoura Hills, California 91301

I declare under penalty of perjury that the foregoing is true and correct.

*Shana Lee McCart-Pollak*
Shana Lee McCart-Pollak

JOINT STIPULATION AND ORDER TO EXTEND THE DUE DATE OF THE ORDER DIRECTING SUPPLEMENTAL BRIEFING [DKT 333]FIRST REQUEST - 1