# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANA LEE MCCART-POLLACK,

    Plaintiff,

v.

BRETT SAEVITZON, *et al.*,

    Defendants.

Case No.: 2:20-cv-01624-GMN-NJK

**Order**

Pending before the Court is a motion to withdraw as counsel for Defendant Brett Saevitzon filed by David K. Dorenfeld. Docket No. 316. Also pending before the Court is a motion to withdraw as counsel for Defendant Saevitzon filed by G. Mark Albright. Docket No. 322. In light of United States District Judge Gloria M. Navarro's order regarding extending the time for supplemental briefing, Docket No. 339, the Court hereby **CONTINUES** the hearing to 10:00 a.m. on September 8, 2025.

Unless and until the Court grants this motion, counsel of record for Defendant Saevitzon remains his counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: August 4, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1