UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br>    Plaintiff,<br>v.<br>BRETT SAEVITZON, *et al.*,<br>    Defendants. | Case No. 2:20-cv-01624-GMN-NJK<br>**Order**<br>[Docket No. 336] |

Pending before the Court is Plaintiff's "motion to add new violations" and for sanctions. Docket No. 336. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff seeks to "add new violations [of] continued bad faith conduct" to the hearing set for August 4, 2025.[1] Docket No. 36. However, this hearing is set to address the two pending motions to withdraw as counsel for Defendant Brett Saevitzon filed by David K. Dorenfeld and G. Mark Albright. *See* Docket No. 340. Plaintiff fails to explain why alleged violations of misconduct and requests for sanctions are properly added to a hearing concerning the withdrawal of attorneys. While the motion cites to Federal Rule of Civil Procedure 16 and the Court's inherent power, it fails to demonstrate how its requested relief is proper under the rules and further fails to cite to any points and authorities in support of the requested relief. *See* Docket No. 336 at 2. "The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Local Rule 7-2(d).

Further, Plaintiff is well aware of the requirements for seeking sanctions, *see* Docket No. 317 at 4-7, and fails to follow those requirements here. Lastly, in violation of Local Rule IC 2-2

---

[1] On August 4, 2025, the hearing was continued to September 8, 2025. Docket No. 340.

1

(b), Plaintiff's motion seeks multiple forms of relief against multiple individuals. *See* Docket No. 336 at 23-24.

Accordingly, Plaintiff's motion is **DENIED**. Docket No. 336.

IT IS SO ORDERED.

Dated: August 7, 2025

Nancy J. Koppe
United States Magistrate Judge