# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shana Lee McCart-Pollak,

    Plaintiff,

v.

Brett Saevitzon, et al.,

    Defendants.

Case No.: 2:20-cv-01624-GMN-NJK

**Order**

(Docket No. 349)

On September 8, 2025, the Court held a hearing on Defendant Brett Saevitzon's attorneys' motions to withdraw. Docket No. 348. *See also* Docket Nos. 316, 322. After hearing argument, the Court granted both motions. Docket No. 348.

Defendant's former attorney has now filed a proposed order regarding the motion to withdraw. Docket No. 349. As the Court has already granted the motion, this proposed order is superfluous. The Court therefore **STRIKES** the proposed order.

IT IS SO ORDERED.

Dated: September 22, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE